# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed.

**C 95-03097 MMC**      **Burton v. Harvey**

**C 05-03389 SBA**      **Burton v. Harvey**

### ORDER

As the judge assigned to the earliest filed case above that bears my initials, I find that the more recently filed case is NOT related to the case assigned to me.

Dated: August 30, 2005         _____
                                United States District Judge

dockets.Justia.com