UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed.

**C 95-03097 MMC**   **Burton v. Harvey**

**C 05-03389 SBA**   **Burton v. Harvey**

**ORDER**

As the judge assigned to the earliest filed case above that bears my initials, I find that the more recently filed case is NOT related to the case assigned to me.

Dated: August 30, 2005

United States District Judge