UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed.

**C 95-03097 MMC**     Burton v. Harvey

**C 05-03389 SBA**     Burton v. Harvey

ORDER

As the judge assigned to the earliest filed case above that bears my initials, I find that the more recently filed case is NOT related to the case assigned to me.

Case No. C-95-3097 focuses on assertedly discriminatory and harassing conduct by Lt. Col. Edward L. Melton during a discrete period, specifically, 1992 to 1995, after which, according to plaintiff, Lt. Col. Melton no longer was present at plaintiff's place of employment.  Case No. C-05-3389 focuses on conduct by subsequent supervisors during later time periods, and, in particular, on conduct occurring between 1997 and 1999.  Although Lt. Col. Melton's conduct is mentioned in Case No. C-05-3389, the two actions do not concern "substantially the same parties, property, transaction or event[s]" within the meaning of Civil Local Rule 3-12(a)(1).  Consequently, it does not appear that "there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges" within the meaning of Civil Local Rule 3-12(a)(2).

Dated: April 13, 2006        _____
                             United States District Judge